

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8922

May 19, 2008

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

Re: <u>Alston v. Bendheim, et al.</u> / 08 Civ. 1517 (RWS)(Pro Se)

Dear Judge Sweet:

The Office of the Attorney General of the State of New York currently represents defendants Dr. Koenigsmann, P.A. Rodas, and Dr. Wright in the above-referenced matter. Plaintiff in this matter has along with a complaint served a set of interrogatories on the defendants. I write to request that the court order that responses to these and any other subsequent discovery requests be stayed until the earlier of: (I) 30 days after a filing of an answer by defendants or (ii) 30 days after a determination by this Court on a motion to dismiss by defendants. Currently, defendants are required to move or answer with respect to the complaint by July 15, 2008. A stay of discovery pending an answer or determination of a motion to dismiss would be in the interest of efficiency as any decision by the Court may narrow the issues in the case, remove certain defendants from the action or result in a dismissal of the entire matter.

So ordered
[signature] TDSDJ
5-21-08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8922 • Fax (212) 416-6009 * Not For Service of Papers
http://www.oag.state.ny.us

Respectfully submitted,

*Thomas M. Biesty*

Thomas M. Biesty
Assistant Attorney General


cc:   Mr. Ronald Alston
      (Via first class mail)