United States District Court
Southern District of New York          JUDGE SWEET

Ronald Alston
         Plaintiff

08 CV 1517

APPLICATION For The Appointment of Counsel Pursuant to 42 U.S.C. §1915

- aGianst -

Dr. Bendheim, Dr. Mamis, Dr. Bernstein, Don Stevens, John Doe Pharmacist, Dr. Lester Wright, P.A. Rodas, Nurse Dawn, and Carl J. Koenigsmann Regional M.D.,
                              Defendant's

Plaintiff Ronald Alston, pursuant to 42 U.S.C. §1915 requests this Court to appoint counsel to represent him in this case for the following reasons:

   1. Plaintiff is not able to afford counsel.

   2. The issues involved in this case are complex.

   3. Plaintiff is currently in the Special Housing Unit (The Box) at So-

[Margin annotation: Motion denied without prejudice to renewal at time of any depositions]

uthport Correctional Facility.

4. Plaintiff has a very limited knowledge of the law.

5. Plaintiff cannot use a typewriter and even if he could he cannot type.

6. Plaintiff has only a limited high school education.

7. The ends of Justice would best be served in this case if an attorney was appointed to represent the Plaintiff.

I understand that if I am assigned a lawyer and my lawyer learns either from myself or elsewhere that I can afford a lawyer the lawyer may give this information to the Court.

Dated: January 21, 2008          Ronald Alston
                                  Signature