

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8922

July 15, 2008

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Rm. 1920
New York, New York 10007

Re:   Alston v. Bendheim, et al. (08-cv-1517) (RWS) – Pro Se

Dear Judge Sweet:

    Enclosed please find a courtesy copy of the papers that Defendants filed today in support of their motion to dismiss in the above-referenced matter. Defendants propose that Plaintiff file his response to Defendants' motion by August 18, 2008. In turn, Defendants would file their reply by September 17, 2008. In addition, pursuant to Local Civil Rule 7.1[c] Defendants have provided Plaintiff with printed copies of decisions cited in their memorandum of law that are unreported or reported exclusively on computerized databases.

Respectfully submitted,

Thomas M. Biesty
Assistant Attorney General

Attachments

cc: Ronald Alston