Mr. Ronald Alston 00A3985
Great Meadows Corr. Facility
Box 51
Comstock, New York 12821-0051



August 4, 2008

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, RM. 1920
New York, New York 10007

RE: Alston v. Bendheim, et al. / 08-CIV-1517(RWS)

Dear Judge Sweet:

    I am Pro'Se in the above mentioned and referenced action. I am writing to request an extension of time to answer or otherwise move in response to the defendants motion to dismiss.
    Defendant's proposed that Plaintiff file his response to defendant's motion by August 18, 2008, and in turn defendants

(1)

would file their Reply by September 17, 2008.

This is Plaintiff first request for an extension of time. Defendant made a request by letter dated May 7th 2008.

Plaintiff is Pro`se in this action and request an extension of time for the following reasons.

Plaintiff is a layman in the law and has no previous training or education in Civil Matters, and needs time to do valuable research in order respond significately and effectively at this critical, at this critical stage. Because of the facts in the complaint and the actions being taken by security and the Medical dept. in this facility concerning this pain drug (ULtram) which plays a major part in the complaint, Plaintiff cannot seek and obtain assistance from any other Prisoner, Inmate Paralegal, Inmate Law clerk, or a friend inside of this facility or any other facility.

Plaintiff also has a number of documents that needs to be attached to his response that needs to be copied.

Plaintiff is indigent has no outside assistance to recieve funds for copying these documents which are equally important.

Plaintiff has written a letter to the Deputy Superintendant of Programs Ms. K. Lapolt requesting advance funds for copies, (Five Cents a

(2)

a Page). As of this date I have not recieved a response. A copy of Letter is enclosed.

Plaintiff has mailed a copy of this request to the Assistant Attorney General Mr. Thomas M. Biesty who is counsel for defendants.

An extension of Time is necessary, in the interest of efficiency.

Accordingly, Plaintiff respectfully request the court Grant Plaintiff an additional 45 days to respond to defendants Motion.

Respectfully Submitted

*Ronald Alston*

Ronald Alston Pro 'SE

C.C. Thomas M. Biesty
Asst. Attorney General
120 Broadway
New York New York 10271-0332

(3)

Mr. Ronald Alston 00A3985
Great Meadows Corr. facility

July 31, 2008

To: Ms. K. Lapolt, Dep. Supt. of Programs;

RE: Advance Request for Copying Document, Motion, Exhibits and Memorandum of Law Pertaining to Deadline of August 18, 2008...
Ronald Alston v. Dr. Bendhiem et.al. 08-CIV-1517 (RWS)

Madam,
I am writing to you because I have a Deadline to respond to the Attorney General of New York Motion. The Deadline is set for August 18, 2008. I showed this document to the Law Library Officer and in return he suggested that I write to you concerning Copies because I do not have any funds to pay for any copying I may need to do in the above mentioned matter. I agree to pay for them in the future. Thus, I am requesting your permission to make Copies for this Action without Funds in my inmate Account.
Moreover, I will be writing the Southern District of New York to request an extension of time to respond partially because of this request and the time it takes to recieve a response from

your office. Hopefully on this occasion I will recieve a speedy Response. Because in April 2008 while on Long Term Keeplock in this Facility, pretaining to this same action I made a very similar Request For Copies because of my Indigent status. I Recieved no response at all from you or your Staff. Thank you in advance for your Assistance and imediate Response.

Sincerely:

Ronald Alston
00A3985

C.C. Attorney General of N.Y.
   120 Broadway
   N.Y. N.Y. 10007

C.C. Pro Se Clerk S.D.N.Y.
   500 Pearl Street
   N.Y. N.Y. 10007

C.C. File

United States District Courts
Southern District of New York

Ronald Alston
    Plaintiff

- against -

Dr. Bendheim  Dr. Mamis  Dr. Bernstein  Don Stevens  John Doe Pharmacist  Dr. Lester Wright  P.A. Rodas  Nurse Dawn  and Dr. Carl J. Koenigsman    Defendants

08-CIV-1517 (RWS)

Affirmation of Service

I Ronald Alston declare under penalty of perjury that I have served a copy of the attached Letter (Request For extension of Time) Dated August 4th 2008 upon the Attorney General of New York -Via- First Class Mail whose address is 120 Broadway New York, New York 10271-0332.

Dated: August 4, 2008
       Comstock N.Y. 12821

*Ronald Alston*
Great Meadows C.F.
Box 51
Comstock N.Y. 12821-0051

(1)