UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

RONALD ALSTON,

               Plaintiff,

  - against -

DR. BENDHEIM, et al.,

               Defendants.

------------------------------------------X

08 Civ. 1517 (RWS)

O R D E R

**Sweet, D.J.,**

      Plaintiff's motion to proceed anonymously, dated July 15, 2008, will be heard on submission, without oral argument, on September 17, 2008. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
August 28, 2008

                                       ROBERT W. SWEET
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08